# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL F. TAYLOR, | ) | 1:08cv01631 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 6) |
| | ) | |
| TWENTIETH CENTURY FOX | ) | |
| FILM CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, appearing pro se, filed the instant action on October 27, 2008.

On November 6, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed objections on November 17, 2008.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] Plaintiff also filed a nonsensical amended complaint on November 13, 2008, in which he attempts to alter citizenship, but it does not change the validity of the November 6, 2008, Findings and Recommendation.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 6, 2008, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   December 1, 2008**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE