# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL F. TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> TWENTIETH CENTURY FOX FILM CORPORATION, <br><br> Defendant. | 1:08cv01631 OWW DLB <br><br> ORDER DISREGARDING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE <br><br> (Document 12) |

    Plaintiff, appearing pro se, filed the instant action on October 27, 2008. On December 2, 2008, the Court adopted the Findings and Recommendations and the action was closed.

    On December 5, 2008, Plaintiff filed a document entitled "Judicial Notice and Filing to Augment the Record." Although not entirely clear, it appears that Plaintiff is attempting to submit "documents" to support his claim that he is not a citizen of California or the United States, but is his own sovereign. Plaintiff made similar claims in his November 20, 2008, objections to the Findings and Recommendations. The Court explained in the order adopting that Plaintiff's attempt to alter citizenship did not change the validity of the Findings and Recommendations.

///

///

1

1    Accordingly, in light of the fact that this action is closed and the subject matter of
2 Plaintiff's request is irrelevant, his request is DISREGARDED.
3    IT IS SO ORDERED.
4    Dated: **December 17, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE